Johnson, to use of McCarter, *v.* Nippert (No. 2).

McCarter's Appeal.

Argued October 2, 1928. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ.

See Johnson v. Nippert, 294 Pa. 464.

*James L. Hogan* and *Richard S. Holt,* with them *C. B. McCarter,* for appellant.

*Joseph Knox Stone,* with him *Harold F. Reed,* for appellee.

OPINION BY MR. JUSTICE FRAZER, January 7, 1929 :

The questions raised in this appeal were considered and passed upon in an opinion filed at No. 101, March Term, 1928. Both cases being between the same parties and having been argued together, the judgment of the lower court entered in this case is affirmed for the reasons stated in the opinion above referred to.

Judgment affirmed, costs on appellant.